MAK

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA



Caption:
**WANDA RENEE TITUS-WILLIAMS**

*Full name(s) of Plaintiff(s)*

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY**

*Full name(s) of Defendant(s)*

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

FILED
OCT 11 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

CIVIL ACTION NO. **19   4743**

This action is brought for discrimination in employment pursuant to (check only those that apply):

[X] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against.*

[X] Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

[ ] Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)


OCT '11 2019

-1-

*NOTE: In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name: WANDA RENEE TITUS-WILLIAMS
Street Address: 4936 NORTH 19th STREET
County, City: PHILADELPHIA
State & Zip: PA 19141
Telephone Number: (367) 804-0238

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page. Attach additional sheets of paper as necessary.

Defendant  Name: JAMES SCHIRG
Street Address: 110 VICTORY AVENUE, 2ND FLOOR
County, City: UPPER DARBY
State & Zip: PA 19082
Telephone Number: (215) 580-3845

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer: SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY
Street Address: 1234 MARKET STREET
County, City: PHILADELPHIA
State & Zip: PA 19107
Telephone Number: (215) 580-7315

II. **Statement of the Claim**

A. The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

____ Failure to hire me

__X__ Termination of my employment

____ Failure to promote me

-2-

__X__ Failure to reasonably accommodate my disability

____ Failure to reasonably accommodate my religion

____ Failure to stop harassment

____ Unequal terms and conditions of my employment

____ Retaliation

__X__ Other (specify): _FMLA Law Act ; ADA rights were violated_

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B. It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month) _JULY_, (day) _09_, (year) _2018_.

C. I believe that the defendant(s) (check one):

__X__ is still committing these acts against me.

____ is **not** still committing these acts against me.

D. Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

____ race _____

____ color _____

____ religion _____

__X__ gender/sex _FEMALE_

____ national origin _____

____ age   My date of birth is _____ (*Give your date of birth only if you are asserting a claim of age discrimination*)

E. The facts of my case are as follow (*attach additional sheets of paper as necessary*):

_I worked for the Defendant as a BUS OPERATOR from DECEMBER 4, 2000 until my termination JULY 9, 2018._

_I AM A DISABLED INDIVIDUAL_

_I HAD BACK SURGERY ON JULY 3, 2018. I WAS TOLD BY THE DEFENDANT TO REPORT TO WORK ON JULY 9, 2018. I NEEDED ANOTHER YEAR TO RECOVER._

**NOTE:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

### III. Exhaustion of Administrative Remedies:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: _APRIL 30, 2018_ (*Date*).

B. The Equal Employment Opportunity Commission (*check one*):

    \_\_\_ has not issued a Notice of Right to Sue Letter.
    _X_ issued a Notice of Right to Sue Letter, which I received on _07/25/19_ (*Date*).

**NOTE:** *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C. *Only plaintiffs alleging age discrimination must answer this question.*

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (*check one*):

    \_\_\_ 60 days or more have passed.
    \_\_\_ fewer than 60 days have passed.

D. It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: _____ (*Date*).

E. Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct (*check one*):

    \_\_\_ One year or more has passed.
    \_\_\_ Less than one year has passed.

## IV. Relief

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

- ___ Direct the defendant to hire the plaintiff.
- [X] Direct the defendant to re-employ the plaintiff.
- ___ Direct the defendant to promote the plaintiff.
- ___ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
- ___ Direct the defendant to reasonably accommodate the plaintiff's religion.
- ___ Direct the defendant to (*specify*):_____
- [X] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.
- ___ Other (*specify*):_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _11_ day of _October_, 20_19_.

Signature of Plaintiff _Winona Titus-Wms_
Address _4926 N. 19th ST_
_PHILA, PA 19141_

Telephone number _(267) 804-0238_
Fax number (*if you have one*) _____

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>530-2019-03403 |
|---|---|---|

Pennsylvania Human Relations Commission and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Mrs. Wanda R. Titus-Williams
**Home Phone** (Incl. Area Code): (267) 804-0238
**Date of Birth**:

**Street Address**: 4936 NORTH 19TH STREET, Philadelphia, PA 19141

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: SEPTA
**No. Employees, Members**: Unknown
**Phone No.** (Include Area Code): (215) 580-7315
**Street Address**: 1234 MARKET STREET, Philadelphia, PA 19107

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 01-01-2018   Latest: 07-09-2018
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I worked for the Respondent as a Bus Operator from December 2000 until my termination July 9, 2018. I am a disabled individual.

I had back surgery in or around July 4, 2018. I was told by Respondent to report to work on or about July 9, 2018. I needed another year to recover.

I believe that I have been discriminated against based on the Americans With Disabilities Act of 1990 (ADA) as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jul 23, 2019
*Date*   *Charging Party Signature*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>530-2019-03403 |
|---|---|---|
| Pennsylvania Human Relations Commission | | and EEOC |
| *State or local Agency, if any* | | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Wanda R. Titus-Williams | (267) 804-0238 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 4936 NORTH 19TH STREET, Philadelphia, PA 19141 | |

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Wanda R. Titus-Williams<br>4936 NORTH 19TH STREET<br>Philadelphia, PA 19141 | From: | Philadelphia District Office<br>801 Market Street<br>Suite 1300<br>Philadelphia, PA 19107 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 530-2019-03403 | Legal Unit,<br>Legal Technician | (215) 440-2828 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Jamie R. Williamson,
District Director

07/25/2019

(Date Mailed)

Enclosures(s)

cc: Kafi Alade
EEO Coordinator, EEO/AA Employee Relations Department
SEPTA-
1234 Market Street, 9th Floor
Philadelphia, PA 19107

**BUILDING THE FUTURE**

**Southeastern Pennsylvania Transportation Authority**
**Victory District**
110 Victory Avenue, 2nd Floor • Upper Darby, PA 19082

SEPTA

January 18, 2018

Ms. Wanda Titus-Williams
4936 N. 19th St.
Philadelphia, Pa. 19141

Dear Ms. Titus-Williams;

Our records indicate that you have exhausted ALL of your sick benefits related to your back injury/illness. You are hereby notified that you do not have any further sick time and or pay. Further call offs for this injury/illness not approved under FMLA will result in immediate termination of employment with the Authority.

If you have any questions, please call the District during normal business hours at 215-580-3845 or contact your Union Representative.

Sincerely yours,

James Schirg
Director Surface Transportation
Victory District

Jms/rpt

CERTIFIED# 7013 0600 0000 2227 2963
CC SMART 1594 Waverly Harris 7013 0600 0000 2227 2925
Regular Mail

AMERIHEALTH CASUALTY
1700 Market Street, Suite 700 – Philadelphia PA 19103
Phone: (800) 335-5972 Fax: (888) 636-7725

June 06, 2018

Wanda Titus-Williams
4936 N. 19th Street
Philadelphia, PA 19141

    Re: Workers' Compensation
    Employer: SEPTA
    Claim Number: 430-118-38914
    Date of Injury: 03/12/2018

Dear Ms. Titus-Williams,

Please review the checked items below and the enclosures, and then follow the instructions provided. Items marked for return are needed to further process or close your claim.

Please Keep For Your Records:

    Statement of Wages
    Notice of Temporary Compensation Payable
    Notice of Compensation Payable
X   Notice of Denial
X   Notice Stopping Temporary Compensation Payable
    Notice of Reinstatement of Workers Compensation Benefits
    Notice of Ability to Return to Work
    Notice of Worker's Compensation Benefit Offset
    Notice of Suspension for Failure to return forms LIBC 760
    Notification of Suspension or Modification

Please Sign and Return

    X  Medical Authorization
    X  SSDI
    Medicare Verification Form

Please Sign and Return Original and one (1) Copy (additional copy is for your records).

    X  Supplemental Agreement
    Agreement for Compensation

If you have any questions, please contact me at 215-587-1838.

Sincerely,

*Ann Ferst*

Ann Ferst
Senior Claims Adjuster

CC:

Case 2:19-cv-04743-MAK   Document 1   Filed 10/11/19   Page 11 of 20



**pennsylvania**
DEPARTMENT OF LABOR & INDUSTRY
BUREAU OF WORKERS' COMPENSATION

# NOTICE OF WORKERS' COMPENSATION DENIAL

**DATE OF NOTICE:** 06 - 06 - 2018 (MM-DD-YYYY)

**EMPLOYEE**

WANDA R TITUS-WILLIAMS
4936 N 19TH ST
PHILADELPHIA PA 19141

Date of birth: 03 - 22 - 1968 (MM-DD-YYYY)

County: _____
Telephone: 2153245966

**DATE OF INJURY:** 03 - 12 - 2018 (MM-DD-YYYY)

**SOCIAL SECURITY NUMBER:** ***-**-7818

**WC ID NUMBER:** W1004 6 2 7 0 8

**WCAIS CLAIM NUMBER:** 8086798

**EMPLOYER**

Name: Southeastern Pennsylvania Transportation Authority
Address: 110 VICTORY AVE
Address: _____
City/Town: UPPER DARBY   State: PA   ZIP: 19082-9999
County: _____
Telephone: 9042965055   FEIN: 231642972

**INSURER**

Name: Southeastern Pennsylvania Transportation Authority
Address: 110 VICTORY AVE
Address: _____
City/Town: UPPER DARBY   State: PA   ZIP: 19082-9999
County: _____
Telephone: 9042965055   FEIN: 231642972
NAIC code: _____   Insurer code: 0760
Insurer/Administrator claim #: _____

**TPA**

Name: Compservices Inc/AmeriHealth Casualty Services
Address: 1717 ARCH ST FL 45
Address: _____
City/Town: PHILADELPHIA   State: PA   ZIP: 19103
County: _____
Telephone: 2155871214   FEIN: 251686685
Insurer/Administrator claim #: 7774301180038914

**INJURY INFORMATION**

**Part of body injured**
Disc

**Nature of injury**
Strain or Tear [Internal derangement, the trauma to the muscle or the musculotendinous unit from violent contraction or excessive forcible stretch.]

**Accident/injury description narrative**
STRAIN/NECK   BACK - OPPOSING VEHICLE MADE CONTACT TO DRIVER S SIDE WINDOW, MIRROR

County: _____
Check if occupational disease ☐

**NOTICE TO EMPLOYEE:** The employer/insurer has decided to deny you workers' compensation benefits. You have the right to contest this denial by timely filing a petition. Petitions may be either electronically filed in WCAIS or sent to the Workers' Compensation Office of Adjudication, 1010 N. Seventh St., Suite 202, Harrisburg, PA 17102-1400.

**Do not use this form to accept a medical-only claim.** This notice shall be sent to the employee or dependent and filed with the Bureau of Worker's Compensation via electronic format no later than 21 days after notice or knowledge to the employer of the employee's disability or death. A separate paper copy of this EDI-generated form should not be uploaded or sent to the Bureau.

**Specific information regarding this claim is on the reverse side of this form.**
(OVER)

LIBC-496 REV 03-16 (Page 1)



**pennsylvania**
DEPARTMENT OF LABOR & INDUSTRY
BUREAU OF WORKERS' COMPENSATION

# NOTICE STOPPING TEMPORARY COMPENSATION

## EMPLOYEE

WANDA R TITUS-WILLIAMS
4936 N 19TH ST
PHILADELPHIA PA 19141

Date of birth: 03-22-1968

County: _____
Telephone: 2153245966

DATE OF NOTICE: 06-06-2018
DATE OF INJURY: 03-12-2018
SOCIAL SECURITY NUMBER: ***-**-7818
WC ID NUMBER: W100462708
WCAIS CLAIM NUMBER: 8086798

## EMPLOYER

Name: Southeastern Pennsylvania Transportation Authority
Address: 110 VICTORY AVE
Address: _____
City/Town: UPPER DARBY   State: PA   ZIP: 19082-9999
County: _____
Telephone: 9042965055   FEIN: 231642972

## INSURER

Name: Southeastern Pennsylvania Transportation Authority
Address: 110 VICTORY AVE
Address: _____
City/Town: UPPER DARBY   State: PA   ZIP: 19082-9999
County: _____
Telephone: 9042965055   FEIN: 231642972
NAIC code: _____   Insurer code: 0760
Insurer/Administrator claim #: _____

**NOTICE TO INSURER:** This notice must be filed in WCAIS via electronic format no later than five days after the last payment of temporary compensation. A copy must be sent to the employee. A separate paper copy of this EDI-generated form should not be uploaded or sent to the Bureau.

## TPA

Name: Compservices Inc/AmeriHealth Casualty Services
Address: 1717 ARCH ST FL 45
Address: _____
City/Town: PHILADELPHIA   State: PA   ZIP: 19103
County: _____
Telephone: 2155871214   FEIN: 251686685
Insurer/Administrator claim #: 7774301180038914

**Specific information regarding this claim is on the reverse side of this form.**

LIBC-502 REV 03-16 (Page 1)   (OVER)

**BUILDING THE FUTURE**



Southeastern Pennsylvania Transportation Authority
**Victory District**
110 Victory Avenue, 2nd Floor • Upper Darby, PA 19082

June 26, 2018

Ms. Wanda Titus-Williams
4936 N. 19th St.
Philadelphia, Pa. 19141

Dear Ms. Titus-Williams;

We have been informed that your Injured on Duty claim from March 12, 2018 has been denied as of June 4, 2018. Since our records indicate that you have exhausted ALL of your sick benefits related to your back injury/illness, you will be given until July 9, 2018 to return to work. Failure to return to work as of Monday, July 9, 2018 will result in immediate termination of employment with the Authority for expiration of sick leave.

If you have any questions, please call the District during normal business hours at 215-580-3845 or contact your Union Representative.

Sincerely yours,

James Schirg
Director Surface Transportation
Victory District

Jms/rpt

CERTIFIED# 7015 1520 0000 3792 4925
CC SMART 1594 Waverly Harris 7015 1520 0000 3792 4932
Regular Mail


# WorkPartners

July 02, 2018

Leave Number - 281251

WANDA TITUS-WILLIAMS
4936 N. 19TH ST.
PHILADELPHIA, PA 19141

Subject: FMLA Renewal Required

Dear Ms. TITUS-WILLIAMS:

This letter is to inform you of the status of your intermittent FMLA leave.

Your FMLA leave was approved from 01/22/2018 until 07/21/2018. Should you still need FMLA for this reason and have available time remaining, you will be required to furnish updated supporting documentation.

To request a new intermittent leave, please contact the WorkPartners Intake Line at 1-844-860-9305.

If you have any questions regarding this letter please contact me at the phone number listed below.

Sincerely,

Alyssa Weisensee
SEPTA Leave Administration Unit
412-454-0561
weisenseeam@upmc.edu



# WorkPartners

July 02, 2018

Leave Number - 281246

WANDA TITUS-WILLIAMS
4936 N. 19TH ST.
PHILADELPHIA, PA 19141

Subject: FMLA Renewal Required

Dear Ms. TITUS-WILLIAMS:

This letter is to inform you of the status of your intermittent FMLA leave.

Your FMLA leave was approved from 01/22/2018 until 07/21/2018. Should you still need FMLA for this reason and have available time remaining, you will be required to furnish updated supporting documentation.

To request a new intermittent leave, please contact the WorkPartners Intake Line at 1-844-860-9305.

If you have any questions regarding this letter please contact me at the phone number listed below.

Sincerely,

Alyssa Weisensee
SEPTA Leave Administration Unit
412-454-0561
weisenseeam@upmc.edu

**BUILDING THE FUTURE**

**Southeastern Pennsylvania Transportation Authority**
**Victory District**
110 Victory Avenue, 2nd Floor • Upper Darby, PA 19082



July 9, 2018

Ms. Wanda Titus-Williams
4936 N. 19th St.
Philadelphia, Pa. 19141

Dear Ms. Titus-Williams;

You have exhausted all of your sick leave and are hereby dropped from the rolls of the Authority effective immediately for expiration of sick leave.

If you have any questions, please call the District during normal business hours at 215-580-3845 or contact your Union Representative.

Sincerely yours,

*James Schirg*

James Schirg
Director Surface Transportation
Victory District

Jms/rpt

CERTIFIED#   7015 1520 0000 3792 4949
CC SMART 1594 Waverly Harris   7015 1520 0000 3792 4956
Regular Mail

Case 2:19-cv-04743-MAK   Document 1   Filed 10/11/19   Page 17 of 20



**BUILDING THE FUTURE**

**Southeastern Pennsylvania Transportation Authority**
**Victory District**
110 Victory Avenue, 2nd Floor • Upper Darby, PA 19082

July 9, 2018

Ms. Wanda Titus-Williams
4936 N. 19th St.
Philadelphia, Pa. 19141

Dear Ms. Titus-Williams;

You have exhausted all of your sick leave and are hereby dropped from the rolls of the Authority effective immediately for expiration of sick leave.

If you have any questions, please call the District during normal business hours at 215-580-3845 or contact your Union Representative.

Sincerely yours,

James Schirg
Director Surface Transportation
Victory District

Jms/rpt

CERTIFIED#   7015 1520 0000 3792 4949
CC SMART 1594 Waverly Harris   7015 1520 0000 3792 4956
Regular Mail



Local Office
6938 Market St.
2nd Floor #3

## Transportation Division

May 3, 2019

Dear Sister Wanda Titus-Williams,

I am writing this letter to inform you that unfortunately, after careful consideration of your case, including reviewing the evidence along with consulting with the International attorneys; this Union board has determined that your case does not merit arbitration. The Union does not believe that it would be successful in arbitration given the corroborating evidence for exhausting of sick leave. Accordingly, the Union will not move your case to arbitration. Despite this Committee's best efforts to persuade the Authority to reconsider their position/actions in the outcome of your case, the Authority is unwilling to do so. While I understand that this may not have been the answer you were seeking, it is the decision of the Committee.

Fraternally yours,

Waverly W. Harris Sr.
President/General Chairman SMART Local 1594
(267)973-0702/ wwh70@yahoo.com


LITHO IN USA.

MAK

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

19  4743

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 4936 North 19th Street Phila. PA 19141

Address of Defendant: 110 Victory Avenue, 2nd Flr. Upper Darby, PA 19082

Place of Accident, Incident or Transaction: _____

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☒

I certify that, to my knowledge, the within case ☐ is / ☒ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 10/11/2019    _____ Itas-Ums _____   _____
                    *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.  Federal Question Cases:**

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☒ 11. All other Federal Question Cases
      *(Please specify):* Civil Rights, ADA, FMLA

**B.  Diversity Jurisdiction Cases:**

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
      *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
                  *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

MAK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

WANDA TITUS-WILLIAMS : CIVIL ACTION
v. :
SEPTA : NO. 19  4743

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  (X)

10/11/2019                         Wanda Renee Titus-Wms
**Date**                           **Pro Se Plaintiff**

_____  _____  _____
**Telephone**        **FAX Number**       **E-Mail Address**

(Civ. 660) 10/02