IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WANDA RENEE TITUS-WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 19-4743 |
| | : | |
| JAMES SCHIRG, *et al.* | : | |

## ORDER

AND NOW, this 24th day of January 2020, upon considering Defendants' Motion to dismiss (ECF Doc. No. 7), *pro se* Plaintiff's Response (ECF Doc. No. 9), Defendants' Reply (ECF Doc. No. 10), Defendants' Notice of withdrawing arguments regarding the Americans with Disabilities Act claim (ECF Doc. No. 11), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion to dismiss (ECF Doc. No. 7) is **GRANTED**:

1. with prejudice as to Plaintiff's gender discrimination claim;

2. without prejudice as to Plaintiff's Family Medical Leave Act claim with leave for Plaintiff to file an amended complaint including a Family Medical Leave Act claim consistent the federal law no later than **February 7, 2020**; and,

3. absent a timely amended Complaint filed by February 7, 2020, Defendants shall answer the remaining allegations under the Americans with Disabilities Act no later than **February 12, 2020**.

KEARNEY, J.